**Order filed July 23, 2013**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-12-01020-CV
_____

**TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant**

**V.**

**CHAD PETEREK, Appellee**

---

**On Appeal from the County Court at Law #4
Fort Bend County, Texas
Trial Court Cause No. 12-CCV-048305**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Defense Exhibit No. 1.**

The clerk of the County Court at Law #4 is directed to deliver to the Clerk of this court the original of Defense Exhibit No. 1, on or before **August 2, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Defense Exhibit No. 1, to the clerk of the County Court at Law #4.


PER CURIAM